**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**Twin City Fire Insurance Company,**

*Plaintiff,*

vs. Civil Action No. 1:26-cv-02299-RDA-WEF

**Society for Human Resource Management,**

*Defendant.*

## JOINT MOTION TO SET ANSWER DEADLINE AND BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Twin City Fire Insurance Company ("Twin City") and Defendant Society for Human Resource Management ("SHRM") (together, the "Parties"), by and through their respective counsel, jointly move the Court, pursuant to Local Civil Rule 7, and the Court's inherent authority to manage its docket, to enter an order setting the deadline for SHRM to answer or otherwise respond to the Complaint and establishing a briefing schedule for the Parties' anticipated cross-motions for summary judgment. In support of this Joint Motion, the Parties state as follows:

1. Twin City commenced this action on July 28, 2026, seeking a declaratory judgment that Twin City is not obligated to indemnify SHRM for the punitive damages award entered in the underlying lawsuit filed against SHRM, captioned *Rehab Mohamed v. Society for Human Resource Management*, No. 1:22-cv-01625-GPG-KAS (the "Underlying Action").

2. After filing the Complaint in this Court, Twin City requested that SHRM agree to waive service of the summons under Federal Rule of Civil Procedure 4(d). SHRM executed a waiver of service on August 27, 2026, under which its answer or other response to the Complaint is due within 60 days of July 28, 2026. The current deadline is September 28, 2026.

3. The Parties have further conferred and agree that the coverage dispute presents legal questions that are likely to be resolved on cross-motions for summary judgment, and they wish to proceed efficiently to dispositive briefing.

4. To allow the Parties adequate time to confer and to prepare responsive pleadings and dispositive motions, the Parties jointly request that the Court set SHRM's answer or other response deadline as provided below.

5. Furthermore, because the Parties anticipate filing cross-motions for summary judgment addressing overlapping legal issues, they respectfully submit that a coordinated briefing schedule — under which the cross-motions, oppositions, and replies are exchanged on common dates — will conserve the resources of the Parties and the Court and avoid piecemeal briefing. The parties also have agreed to prepare and submit a stipulated record for the dispositive motions. To enable the parties sufficient time to confer on the agreed record for summary judgment, and given holiday schedules and press of business, the parties have requested modest adjustments from the default dates.

6. This Joint Motion is made in good faith and not for purposes of delay. Good cause exists for the requested schedule, and no party will be prejudiced by its entry. No prior scheduling order governing these deadlines has been entered, and this is the Parties' first request for relief of this nature.

7. Accordingly, the Parties jointly request that the Court set the following deadlines:

| **Event** | **Deadline** |
|---|---|
| SHRM's answer or other response to the Complaint | October 28, 2026 |
| Cross-motions for summary judgment | November 18, 2026 |
| Oppositions to the cross-motions for summary judgment | December 9, 2026 |
| Reply briefs in support of the cross-motions for summary judgment | December 23, 2026 |

| Event | Deadline |
|---|---|
| Motion setting | To be set when opening motions are filed |

8. For avoidance of doubt, the parties expressly waive a hearing on this joint motion, although would be pleased to appear for a case management conference if the Court so requests.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter the accompanying Proposed Order setting the answer deadline and the briefing schedule for the Parties' cross-motions for summary judgment.

Dated: September 24, 2026

Respectfully submitted,

*/s/Stacey Rufe*
Stacey Rufe, VSB No. 42737
Gabriela Richeimer (pro hac vice forthcoming)
Werner Ahari Mangel LLP
2112 Pennsylvania Ave NW, Suite 200
Washington, D.C. 20037
Telephone: (202) 747-5100
Facsimile: (202) 747-5150
SRufe@wam.law
GRicheimer@wam.law
*Counsel for Plaintiff*
*Twin City Fire Insurance Company*

*/s/Matthew J. McLean*
Matthew J. MacLean, VSB No. 44304
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: (202) 663-8183
Facsimile: (202) 663-8007
matthew.maclean@pillsburylaw.com
*Counsel for Defendant*
*Society for Human Resource Management*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/Stacey Rufe*
Stacey Rufe, VSB No. 42737