**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**Twin City Fire Insurance Company,**

*Plaintiff,*

vs. Civil Action No. 1:26-cv-2299-RDA-WEF

**Society for Human Resource Management,**

*Defendant.*

**ORDER**

This matter comes before the Court on the Parties' Joint Motion to Set Answer Deadline and Briefing Schedule for Cross-Motions for Summary Judgment. Dkt. 3. Upon consideration of the Joint Motion, and for good cause shown, it is hereby **ORDERED** that the Joint Motion is **GRANTED** and the following deadlines shall govern:

1. Defendant Society for Human Resource Management shall answer or otherwise respond to the Complaint on or before **October 28, 2026**;

2. The Parties shall file cross-motions for summary judgment on or before **November 18, 2026**;

3. The Parties shall file oppositions to the cross-motions for summary judgment on or before **December 9, 2026**; and

4. The Parties shall file reply briefs in support of the cross-motions for summary judgment on or before **December 21, 2026**.

**IT IS SO ORDERED.**

**ENTERED** this 25th day of September, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE