**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| **Twin City Fire Insurance Company,**<br>***Plaintiff,***<br>***-vs-***<br>**Society for Human Resource Management,**<br>***Defendant.*** | **Civil Action No. 1:26-cv-02299** |

**<u>PLAINTIFF TWIN CITY FIRE INSURANCE COMPANY'S AND DEFENDANT SOCIETY FOR HUMAN RESOURCE MANAGEMENT'S JOINT MOTION TO AMEND THE BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TO DEFER THE INITIAL PRETRIAL CONFERENCE AND SCHEDULING ORDER</u>**

Plaintiff Twin City Fire Insurance Company ("Twin City") and Defendant Society for Human Resource Management ("SHRM") (together, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Motion to Amend the Briefing Schedule for Cross-Motions for Summary Judgment and to Defer the Initial Pretrial Conference and Scheduling Order (the "Joint Motion"), and state as follows:

1. Twin City commenced this action on July 28, 2026, seeking a declaratory judgment that it is not obligated to indemnify SHRM for the punitive damages award entered against SHRM in the underlying action captioned *Rehab Mohamed v. Society for Human Resource Management*, No. 1:22-cv-01625-GPG-KAS (the "Underlying Action"). (ECF No. 1).

2. The Parties have conferred and agreed that the coverage dispute turns on legal questions well suited for resolution on cross-motions for summary judgment.

3. Accordingly, on September 24, 2026, the Parties jointly moved to set an answer deadline and a briefing schedule for the cross-motions for summary judgment (ECF No. 3) (the "Joint Scheduling Motion), proposing the following deadlines:

| Event | Deadline |
|---|---|
| SHRM's answer or other response to the Complaint | October 28, 2026 |
| Cross-motions for summary judgment | November 18, 2026 |
| Oppositions to the cross-motions for summary judgment | December 9, 2026 |
| Reply briefs in support of the cross-motions for summary judgment | December 23, 2026 |
| Motion setting | To be set when opening motions are filed |

4. The Court granted the Joint Scheduling Motion on September 25, 2026 (ECF No. 4) (the "Order"), setting the following deadlines:

| Event | Deadline |
|---|---|
| SHRM's answer or other response to the Complaint | October 28, 2026 |
| Cross-motions for summary judgment | November 18, 2026 |
| Oppositions to the cross-motions for summary judgment | December 9, 2026 |
| Reply briefs in support of the cross-motions for summary judgment | December 21, 2026 |

5. The proposed order submitted with the Joint Scheduling Motion inadvertently listed the reply brief deadline as December 21, 2026, rather than the December 23, 2026 requested in the motion, and the Order adopted that date. (ECF No. 3, Attachment #1). The Parties respectfully request that the Court correct the reply brief deadline from December 21, 2026 to original agreed date of December 23, 2026.

6. On October 29, 2026, the Court entered a Scheduling Order (ECF No. 10) (the "Scheduling Order"), setting an Initial Pretrial Conference for December 2, 2026 at 11:00 a.m. in Alexandria Courtroom 500 before Magistrate Judge William E. Fitzpatrick, together with the following deadlines:

| Event | Deadline |
|---|---|
| Completion of Discovery | March 19, 2027 |
| Motions for Summary Judgment | April 2, 2027 |
| Pretrial Conference – if the Parties filed Motions for Summary Judgment | Setting after Motions for Summary Judgment are Filed |

| Event | Deadline |
|---|---|
| Notice of Motion for Pretrial Conference – if the Parties do not filed Motions for Summary Judgment | April 16, 2027 |

7. As the Court's Order dated September 25, 2026 (ECF No. 4) directs, the Parties will file their cross-motions for summary judgment on November 18, 2026. Those motions may resolve this action in its entirety on the legal questions the Parties have identified.

8. Good cause exists to defer the Initial Pretrial Conference, and the related pretrial deadlines, until the Court rules on the Parties' cross-motions. Convening the conference and proceeding with discovery before the dispositive motions are decided would require the Parties and the Court to expend resources that the ruling may render unnecessary.

9. The Parties therefore request that the Court defer the December 2, 2026 Initial Pretrial Conference until after it rules on the Parties' cross-motions for summary judgment, and, if this action is not resolved on summary judgment, enter an amended scheduling order at that time.

10. For avoidance of doubt, the Parties expressly waive a hearing on this Joint Motion.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter the accompanying Proposed Order, (i) correcting the reply brief deadline set in the Court's September 25, 2026 Order from December 21, 2026 to December 23, 2026; (ii) deferring the Initial Pretrial Conference until after the Court rules on the Parties' cross-motions for summary judgment; and (iii) if this action is not resolved on summary judgment, enter an amended scheduling order thereafter.

Dated: November 12, 2026

Respectfully submitted,

**WERNER AHARI MANGEL LLP**

*/s/Stacey Rufe*
Stacey Rufe
Virginia Bar No. 42737
Gabriela Richeimer (*pro hac vice*)
2112 Pennsylvania Ave NW, Suite 200
Washington, D.C. 20037
Telephone: (202) 747-5100
Facsimile: (202) 747-5150
SRufe@wam.law
GRicheimer@wam.law

Alexandra N. Kajari (*pro hac vice*)
123 South Broad Street, 15th Floor
Philadelphia, PA 19109
Telephone: (202) 747-5100
Facsimile: (202) 747-5150
akajari@wam.law

*Counsel for Plaintiff Twin City Fire Insurance Company*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Matthew J. MacLean*
Matthew J. MacLean, VSB No. 44304
Hadhy Humza Ayaz (*pro hac vice*)
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: (202) 663-8183
Facsimile: (202) 663-8007
matthew.maclean@pillsburylaw.com
hady.ayaz@pillsburylaw.com

James P. Bobotek, VSB No. 39013
7900 Tysons One Place, Suite 500
McLean, VA22102
Telephone: 703.770.7900
Facsimile: 703.770.7901
james.bobotek@pillsburylaw.com

*Counsel for Defendant Society for Human Resource Management*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Stacey Rufe*
Stacey Rufe, VSB No. 42737